■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVINE WORTHY, Appellant. (Appeal No. 2.) [971 NYS2d 909]— Appeal from a judgment of the Erie County Court (Thomas P.

Franczyk, J.), rendered September 23, 2011. The judgment convicted defendant, upon a nonjury verdict, of criminal contempt in the first degree (two counts) and criminal contempt in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Worthy* (109 AD3d 1140 [2013]). Present—Smith, J.P., Carni, Sconiers and Valentino, JJ.